UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN BOYKIN HARPER | CIVIL ACTION |
| VERSUS | No. 23-3759 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION I |

### ORDER

Considering the joint motion[1] to dismiss with prejudice, which states that this matter has settled in full,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, May 20, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 12.